# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**SYLVESTER ELLIS**,

    *Plaintiff*

v.

**CITY OF PHILADELPHIA, ET AL.**,

    *Defendant*

Case No. 18-cv-5046-JMY

## ORDER

**AND NOW**, this 10th day of February, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 11), all documents submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 11) is **GRANTED;**

2. The Final Pretrial Conference scheduled for February 18, 2020 is **VACATED**;

3. The Clerk shall enter final judgment in favor Defendants and against Plaintiff and shall **CLOSE** this case.

**IT IS SO ORDERED.**

                          **BY THE COURT:**

                          /s/ Judge John Milton Younge

                          **Judge John Milton Younge**